*McLafferty v. U.S. Dep't of Veterans Affairs, et al.*
Case No. 03:20-cv-01487-MO
Administrative Record Index

| AR NOS. | DATE | AUTHOR | RECIPIENT | DESCIPTION |
|---|---|---|---|---|
| AR 001-AR 144 | 7/12/2019 | Sahana Misra, MD | Robert McLafferty, MD | Proposed discharge memorandum, with exhibits. |
| AR 145-AR 445 | 7/23/2019 | John Baker | Darwin Goodspeed | Letter supplementing Dr. McLafferty's response to proposed discharge, with exhibits. |
| AR 446-AR 448 | 7/23/2019 | John Baker | Ken Piumarta (Darwin Goodspeed copied) | Emails in response to proposed Dr. McLafferty discharge. Exhibits/email attachments are not included in this entry to avoid duplication; they are at AR 145-445. |
| AR 449-AR 465 | 8/2/2019 | Darwin Goodspeed | Robert McLafferty, MD | Letter deciding to remove Dr. McLafferty from federal employment, with exhibits. |
| AR 466-AR 484 | 8/12/2019 | Robert McLafferty, MD, | Ken Piumarta (other individuals copied) | Email and response from recipient regarding request for formal grievance and hearing. |
| AR 485-AR 488 | 8/16/2019 | | | Dr. McLafferty grievance letter. |
| AR 489-AR 510 | 8/27 and 8/28/2019 | Andrea Smith | Robert McLafferty, MD; John Baker | Email (and subsequent response from recipient and further correspondence) regarding request for remedy. |

Page 1-    **Administrative Record Index**
          *McLafferty v. U.S. Dep't of Veterans Affairs, et al.*, 3:20-cv-01487-MO

*McLafferty v. U.S. Dep't of Veterans Affairs, et al.*
Case No. 03:20-cv-01487-MO
Administrative Record Index

| AR NOS. | DATE | AUTHOR | RECIPIENT | DESCIPTION |
|---|---|---|---|---|
| AR 511-AR 513 | 9/16 and 9/26/2019 | John Baker | Andrea Smith | Email (and subsequent response from recipient and further correspondence) regarding Dr. McLafferty's appeal (Jacqueline Ross added as recipient on 9/26/2019). |
| AR 514-AR 519 | 9/26 and 9/27/2019 | Jacqueline Ross | John Baker | Email (and subsequent response from recipient and further correspondence) regarding grievance hearing format. |
| AR 520-AR 521 | 10/4/2019 | Jacqueline Ross | John Baker | Email (and subsequent response from recipient) regarding arrangements for grievance hearing. |
| AR 522-AR 522 | 10/18/2019 | Jacqueline Ross | John Baker, Coleen Welch | Email regarding date, location of grievance hearing. |
| AR 523-AR 683 | 10/16 through 10/30/2019 | Jacqueline Ross | John Baker, Coleen Welch | Email (and subsequent responses from recipients) regarding grievance hearing, with attachments. |
| AR 684-AR 1239 | 10/30/2019 | Jacqueline Ross | John Baker, Coleen Welch (and cc) | Email regarding the evidence files for both Dr. McLafferty and the agency, with attachments. |
| AR 1240-AR 1543 | 11/1/2019 | Jacqueline Ross | John Baker | Email regarding evidence file, with prior related emails and attached documents. |

Page 2-   **Administrative Record Index**
  *McLafferty v. U.S. Dep't of Veterans Affairs, et al.*, 3:20-cv-01487-MO

*McLafferty v. U.S. Dep't of Veterans Affairs, et al.*
Case No. 03:20-cv-01487-MO
Administrative Record Index

| AR NOS. | DATE | AUTHOR | RECIPIENT | DESCIPTION |
|---|---|---|---|---|
| AR 1544-AR 1546 | 10/31 through 11/12/2019 | Jacqueline Ross | John Baker, Coleen Welch (and cc) | Email (and subsequent responses from recipients and further correspondence) regarding pre-hearing conference. |
| AR 1547-AR 1549 | 11/1 through 11/12/2019 | Jacqueline Ross | John Baker (and cc's) | Email (and subsequent response from recipient and further correspondence) regarding agency witness list. |
| AR 1550-AR 1552 | 11/1 through 11/14/2019 | Jacqueline Ross | John Baker (and ccs) | Email (and subsequent response from recipient and further correspondence) regarding additional information for grievance hearing. Attachments are not included in this entry to avoid duplication; they are at AR 145-445. |
| AR 1553-AR 1553 | 11/12/2019 | Jacqueline Ross | John Baker (and cc) | Email regarding list for Dr. McLafferty's witnesses. |
| AR 1554-AR 1554 | 11/13/2019 | Coleen Welch | John Baker, Jacqueline Ross (and cc) | Email regarding request for new hearing date. |
| AR 1555-AR 1555 | 11/18 and 11/19/2019 | Jacqueline Ross | John Baker, Coleen Welch (and cc) | Email (and subsequent responses from recipients) regarding rescheduled hearing date. |

Page 3-  **Administrative Record Index**
  *McLafferty v. U.S. Dep't of Veterans Affairs, et al.*, 3:20-cv-01487-MO

*McLafferty v. U.S. Dep't of Veterans Affairs, et al.*
Case No. 03:20-cv-01487-MO
Administrative Record Index

| AR NOS. | DATE | AUTHOR | RECIPIENT | DESCIPTION |
|---|---|---|---|---|
| AR 1556-AR 1556 | 12/11 and 12/12/2019 | Jacqueline Ross | John Baker (and ccs) | Email (and subsequent response from recipient and further correspondence) regarding witnesses and hearing start time. |
| AR 1557-AR 1558 | 12/13/2019 | John Baker | Jacqueline Ross, Coleen Welch (and cc) | Email (and subsequent responses from recipients) regarding calling witnesses at hearing. |
| AR 1559-AR 1936 | 12/16/2019 | K.W. (hearing reporter) | | Transcript of VA grievance hearing. |
| AR 1937-AR 2277 | 12/16/2019 | various | various | Exhibits submitted at VA grievance hearing held December 16, 2019. Exhibit 2 (AR 1937-2110), exhibit 7 (AR 2111-2114), exhibit 8 (AR 2215-2276), and exhibit 9 (AR 2277) are included in this entry. Exhibits 1 and exhibits 3 through 6 are not included in this entry to avoid duplication. Exhibit 1 is at AR 1-AR 144. Exhibit 3 is at AR 145-445. Exhibit 4 is at AR 449-AR 465. Exhibit 5 is at AR 485-488. Exhibit 6 is at AR 489-492. |
| AR 2278-AR 2305 | 1/14/2020 | Coleen Welch, John Baker | Jacqueline Ross | Post-hearing closing arguments (with accompanying cover emails) from the agency and Dr. McLafferty. |

*McLafferty v. U.S. Dep't of Veterans Affairs, et al.*
Case No. 03:20-cv-01487-MO
Administrative Record Index

| AR NOS. | DATE | AUTHOR | RECIPIENT | DESCIPTION |
|---|---|---|---|---|
| AR 2306-AR 2306 | 1/16 and 1/21/2020 | Jacqueline Ross | John Baker, Coleen Welch | Email (and subsequent response from recipient) regarding format of upcoming report. |
| AR 2307-AR 2313 | 1/24/2020 | Jacqueline Ross | | VA Grievance Examiner Report (Report of Findings and Recommendations). |
| AR 2314-AR 2328 | 2/10/2020 | John Baker | Jacqueline Ross (and cc) | Email regarding examiner's report, with attachment. |
| AR 2329-AR 2330 | 2/19 and 2/20/2020 | John Baker | Jacqueline Ross (and cc) | Email (and subsequent response from recipient) regarding examiner's report. |
| AR 2331-AR 2366 | 3/1/2020 | John Baker | Michael Murphy (and ccs) | Email, with attachments. |
| AR 2367-AR 2369 | 3/6/2020 | Michael Murphy | John Baker | Letter denying grievance and concurring with examiner's recommendation to sustain the discharge action (and accompanying email); examiner's report is not included in this entry to avoid duplication; the report is at AR 2307-AR 2313. |

Page 5-    **Administrative Record Index**
*McLafferty v. U.S. Dep't of Veterans Affairs, et al.*, 3:20-cv-01487-MO